DEFENDANT:      ANDERSON LEE ALDRICH a/k/a Nicholas Brink

AGE/YOB:          23/2000

COMPLAINT        _____ Yes    __X__ No
FILED?

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ____ Yes    __X__ No

OFFENSE(S):     Counts 1-5: 18 U.S.C. § 249(a)(2)(A)(ii)(I), (B)(ii), (B)(iii), (B)(iv)(I),
                and (B)(iv)(II) – Hate Crime Acts: Use of a Firearm or Dangerous
                Weapon To Cause Death
                Counts 6-24: 18 U.S.C. § 249(a)(2)(A)(ii)(II), (B)(ii), (B)(iii), (B)(iv)(I),
                and (B)(iv)(II) – Hate Crime Acts: Use of a Firearm or Dangerous
                Weapon To Willfully Cause Bodily Injury and Attempt to Kill
                Counts 25-50: 18 U.S.C. § 249(a)(2)(A)(ii)(II), (B)(ii), (B)(iii),
                (B)(iv)(I), and (B)(iv)(II) – Hate Crime Acts: Use of a Firearm or
                Dangerous Weapon To Attempt to Cause Bodily Injury and Attempt
                to Kill
                Counts 51-55: 18 U.S.C. § 924(j)(1) – Use of a Firearm During and
                In Relation to a Crime of Violence to Commit Murder
                Counts 56-74: 18 U.S.C. § 924(c)(1)(A)(iii) – Use of a Firearm
                During and in Relation to a Crime of Violence

LOCATION OF     El Paso County, Colorado
OFFENSE:

PENALTY:        Count 1-5: Any term of years or life imprisonment, NMT $250,000
                fine, or both; NMT 5 years' supervised release; $100 Special
                Assessment.
                Count 6-24: Any term of years or life imprisonment, NMT $250,000
                fine, or both; NMT 5 years' supervised release; $100 Special
                Assessment.
                Count 25-50: Any term of years or life imprisonment, NMT $250,000
                fine, or both; NMT 5 years' supervised release; $100 Special
                Assessment.
                Counts 51-55: Any term of years or life imprisonment or Death,
                NMT $250,000 fine, or both; NMT 5 years' supervised release; $100
                Special Assessment.
                Counts 56-74: NLT ten years' imprisonment, NMT life imprisonment,
                NMT $250,000 fine, or both; NMT 5 years' supervised release; $100
                Special Assessment.

AGENT:          SA Justin Kempf, FBI
                SA Jason Walter, FBI

SA Chris Dishong, FBI

AUTHORIZED        Alison Connaughty, AUSA
BY:               Bryan Fields, AUSA
                  Maura White, Trial Attorney, CRT

ESTIMATED TIME OF TRIAL:

_____ five days or less;   __X__ over five days

THE GOVERNMENT:

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.