IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00006-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDERSON LEE ALDRICH,

    Defendant.

---

**ORDER OF DETENTION**

---

THIS MATTER came before me for a detention hearing on January 16, 2024.   Defendant was present in custody and was detained on another matter.

The Indictment indicates the grand jury has found probable cause to believe that the offense charged was committed by the defendant.   Because he is currently in custody, defendant did not challenge the government's request for detention.

This court finds (a) by a preponderance of the evidence that there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the defendant's presence for court proceedings; and (b) by clear and convincing evidence there is no condition or combination of conditions which could be imposed in connection with pretrial release that would reasonably insure the safety of any other person or the community.

Therefore, IT IS ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

IT IS FURTHER ORDERED that the defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

IT IS FURTHER ORDERED that upon order of this Court or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

DATED: January 16, 2024                BY THE COURT:

s/ Scott T. Varholak
Scott T. Varholak
United States Magistrate Judge