IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00006-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDERSON LEE ALDRICH,

    Defendant.

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant Anderson Lee Aldrich (the defendant) in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On January 5, 2024, the Government filed an Information charging the defendant with 74 criminal charges in violation of various sections of Title 18, United States Code, Sections 249 and 924 [ECF #1].

    2.    On January 10, 2024, the defendant filed a Notice of Disposition indicating an intent to plead to all charges in the Information [ECF #10]. The plea hearing and sentencing are both scheduled on June 18, 2024, pursuant to the Court's January 10, 2024, Order granting the Joint Motion for Order Regarding Sentencing Procedure as to Anderson Lee Aldrich [ECF #4].

3.      In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of an intent to plead guilty in this matter.

4.      The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant Anderson Lee Aldrich.

Dated: June 4, 2024.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/Alison Connaughty*
Alison Connaughty
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
alison.connaughty@usdoj.gov

By: *s/Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
bryan.fields3@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General, Civil Rights Division

By: *s/Maura White*
Maura White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530
(202) 532-3827
maura.white@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on June 4, 2024, I electronically filed the foregoing **GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

               *s/Maggie Grenvik*
               Maggie Grenvik
               Legal Assistant