IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00006-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDERSON LEE ALDRICH,

    Defendant.

---

**UNOPPOSED MOTION FOR A PUBLIC PHONE LINE CALL-IN AND
A VIDEO CONNECTION**

---

    The United States of America, by and through undersigned counsel, hereby files a motion requesting public remote access to the Plea and Sentencing Hearing scheduled on June 18, 2024. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On January 5, 2024, the Government filed an Information charging the defendant with 74 criminal charges in violation of various sections of Title 18, United States Code, Sections 249 and 924 [ECF #1].

    2.    On January 10, 2024, the defendant filed a Notice of Disposition indicating an intent to plead to all charges in the Information [ECF #10]. The plea hearing and sentencing are both scheduled on June 18, 2024, pursuant to the Court's January 10, 2024, Order granting the Joint Motion for Order Regarding Sentencing Procedure as to Anderson Lee Aldrich [ECF #4].

3.      Title 18, United States Code section 3771(a)(3) sets out the rights of crime victims in a criminal proceeding and ensures that crime victims have "the right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding."

4.      Title 18, United States Code section 3771(a)(4), states that victims have "the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding." Federal Rule of Criminal Procedure 32(i)(4)(B) likewise provides that victims must be given an opportunity to be reasonably heard.

5.      Victims, including close relatives of deceased victims, are scattered around the country and Colorado. Many have ongoing medical issues that can make travel onerous, and others cannot afford to absent themselves from jobs for an entire day to travel to and from Denver. Some of these victims do not wish to actually address the Court but are interested in hearing how the federal justice system evaluates this crime. Other victims may only be able, as a practical matter, to exercise their right to be heard if they are allowed to give a statement remotely. The Government is obligated to seek reasonable accommodations for the attendance and participation of each victim in the context of that victim's particular circumstances. Consequently, the Government respectfully requests both a call-in phone number for victims who wish to listen to the hearing, and a video connection for victims who decide to address the Court remotely.

6.  The Government conferred with the defense, and the defense has no objection to this request.

WHEREFORE, the United States respectfully requests that the Court grant the Government's motion and provide a call-in phone number and a video connection for victim participation at the June 18, 2024, Plea and Sentencing Hearing.

Dated: June 4, 2024.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Alison Connaughty*
Alison Connaughty
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
alison.connaughty@usdoj.gov

By: *s/Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
bryan.fields3@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General, Civil Rights Division

By: *s/Maura White*
Maura White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530
(202) 532-3827
maura.white@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR A PUBLIC PHONE LINE CALL-IN AND A VIDEO CONNECTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Maggie Grenvik*
Maggie Grenvik
Legal Assistant