IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00006-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDERSON LEE ALDRICH,

    Defendant.

---

**UNOPPOSED MOTION TO RESTRICT ACCESS**

---

Defendant, Anderson Lee Aldrich, by and through undersigned counsel, David A. Kraut, respectfully requests Documents 19 and 20 be restricted at Level 2. The parties have conferred and the government does not oppose this request.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2024, I filed the foregoing *Unopposed Motion to Restrict Access* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Alison M. Connaughty, Assistant United States Attorney
Email:  alison.connaughty@usdoj.gov

Bryan D. Fields, Assistant United States Attorney
Email: bryan.fields3@usdoj.gov

Maura D. White, Assistant United States Attorney
Email: maura.white@usdoj.gov

                                              *s/ David Kraut*
                                              DAVID KRAUT
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone: (303) 294-7002
                                              FAX: (303) 294-1192
                                              Email: David_Kraut@fd.org
                                              Attorney for Defendant