IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00006-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDERSON LEE ALDRICH,
a/k/a Nicholas Brink,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce ANDERSON LEE ALDRICH, YOB: 2000, Inmate number 34811, now confined in Wyoming State Penitentiary in Rawlins, Wyoming, before a United States District Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return said Defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this 12th day of June, 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge