IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:  24-cr-00006-CNS | Date: June 18, 2024 |
| Courtroom Deputy:  Heidi L. Guerra | Court Reporter:  Sarah Mitchell |
| Interpreter:  N/A | Probation: Meaghan Mills |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Alison Connaughty* |
| | *Bryan Fields* |
| | *Maura White* |
| **Plaintiff** | |
| v. | |
| 1. ANDERSON LEE ALDRICH | *David Kraut* |
| | *Joshua Lilley* |
| **Defendant** | |

**COURTROOM MINUTES**

**CHANGE OF PLEA HEARING/IMMEDIATE SENTENCING**

Court in session:  9:38 a.m.

Appearances of counsel.

Defendant is present in custody.

The Court outlines the history of the case.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Defense counsel outlines the plea agreement.

The Government informs the defendant of the charge and elements of the charge.

Factual basis for the plea agreed upon as outlined in the plea agreement.

Defendant advised of maximum penalties by the Government.

Defendant advised of sentencing guidelines and appeal rights.

Defendant enters plea of guilty to Counts 1-74 of the Information pursuant to the plea agreement and admits forfeiture allegation.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

The Court proceeds to immediate sentencing.

**ORDERED:   The Government's [16] Motion for Decrease for Acceptance of Responsibility is GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

Statements made by victims.

**11:11 a.m.      Court in recess.**
**11:32 a.m.      Court in session.**

Continued statements made by victims.

**ORDERED**:   **The plea of guilty to Counts 1-74 of the Information entered by the defendant is accepted; the defendant is found guilty of the crimes charged.**

**ORDERED:**   Defendant shall be **imprisoned** for **LIFE on each Count of Counts 1-55 to be served concurrently to each other and the sentence imposed in the El Paso County District Court, case number 2022CR6008.** Defendant shall be **imprisoned** for **120 months on each Count of Counts 56-74 consecutive to all other Counts and the sentence imposed in El Paso County District Court, case number 2022CR6008.**

The Court RECOMMENDS that the Bureau of Prisons designate the defendant to the Colorado Department of Corrections.

**ORDERED:**  Defendant shall pay a Special Assessment fee of **$7400**, due and payable immediately. Payment of any fine is waived.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

Court in Recess:  12:41 p.m.          Hearing concluded.          Total time in Court:  02:42