**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 24-cr-00006-CNS**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**ANDERSON LEE ALDRICH,**
a/k/a Nicholas Brink,

      Defendant.

---

**JOINT NOTICE OF INTENT TO REDACT**

---

      The parties took precautions during the sentencing to protect personal identifying information covered by Federal Rule of Criminal Procedure 49.1 so that it would not be recorded as part of the transcripts in this case. The parties have no reason to believe this effort was unsuccessful, but without access to the transcripts it cannot ensure that they comply with Federal Rule of Criminal Procedure 49.1. In addition, victims in this case have a right to be treated with respect for their privacy. 18 U.S.C. § 3771(a)(8). The parties therefore seek to redact the full names of any victims or victim's family members who spoke at the sentencing or who were otherwise identified at the sentencing hearing.

      For these reasons the parties hereby jointly file a notice of intent to redact from the transcript of the sentencing any references to information covered by Federal Rule of Criminal Procedure 49.1 and the full names of any referenced victims.

DATED this 22nd day of August, 2024.

                                      Respectfully submitted,

| | |
|---|---|
| MATTHEW T. KIRSCH<br>Acting United States Attorney<br>District of Colorado | KRISTEN CLARK<br>Assistant Attorney General<br>Civil Rights Division |
| By: *s/Alison Connaughty*<br>Alison Connaughty<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>E-mail: Alison.Connaughty@usdoj.gov | By: *s/Maura Deady White*<br>Maura Deady White<br>Trial Attorneys<br>Civil Rights Division<br>950 Pennsylvania Avenue, N.W., 4CON<br>Telephone: 202-532-3827<br>Email: Maura.White@usdoj.gov |
| By: *s/Bryan David Fields*<br>Bryan David Fields<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202<br>Telephone: (303) 454-0100<br>E-mail: Bryan.Fields3@usdoj.gov | |

VIRGINIA L. GRADY
Federal Public Defender

By: *s/David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Email: David_Kraut@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2024, I electronically filed the foregoing **PARTIE'S JOINT NOTICE OF INTENT TO REDACT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: *s/Maggie Grenvik*
Maggie Grenvik
Legal Assistant
United States Attorney's Office