FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2026

JEFFREY P. COLWELL
CLERK

AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name *(under which you were convicted)*: ANderSON Lee AldricH | | Docket or Case No.: |
| Place of Confinement: USP BiG SANdY, INez, KY | Prisoner No.: 95144-510 | |
| UNITED STATES OF AMERICA    v. | Movant *(include name under which convicted)* ANderSON Lee AldricH | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

10th circuit, Alfred A. Arraj US courtHouse 901 19th Street, 2Nd Floor Denver, co 80294

(b) Criminal docket or case number (if you know):

2. (a) Date of the judgment of conviction (if you know):

(b) Date of sentencing:

3. Length of sentence: 55 concurrent Life sentences, 190 years, No Parole

4. Nature of crime (all counts):

Allegedly: 50X Federal Hate crime, First degree Murder X5, 55 Attempted first degree murder

5. (a) What was your plea? (Check one)

(1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐    N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

Page 2 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?  Yes ☐  No ☑

9. If you did appeal, answer the following:
   (a) Name of court: *N/A*
   (b) Docket or case number (if you know): *N/A*
   (c) Result: *N/A*
   (d) Date of result (if you know): *N/A*
   (e) Citation to the case (if you know): *N/A*
   (f) Grounds raised:

   *N/A*

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☑
      If "Yes," answer the following:
      (1) Docket or case number (if you know): *N/A*
      (2) Result: *N/A*

      (3) Date of result (if you know): *N/A*
      (4) Citation to the case (if you know): *N/A*
      (5) Grounds raised: *N/A*

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: *N/A*
        (2) Docket or case number (if you know): *N/A*
        (3) Date of filing (if you know): *N/A*

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

(4)  Nature of the proceeding: _____ N/A _____

(5)  Grounds raised:

N/A

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☑

N/A

(7)  Result: _____ N/A _____

(8)  Date of result (if you know): _____ N/A _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____ N/A _____

(2)  Docket of case number (if you know): _____ N/A _____

(3)  Date of filing (if you know): _____ N/A _____

(4)  Nature of the proceeding: _____ N/A _____

(5)  Grounds raised:

N/A

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☑

N/A

(7)  Result: _____ N/A _____

(8)  Date of result (if you know): _____ N/A _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:    Yes ☐    No ☑

(2)  Second petition:  Yes ☐    No ☑

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Ineffective Assistance of counsel BY way of INABility to Be ABle to Plea legally

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I Have Been under the influence of mind Altering, Psychotropic. medication for most of my life including when I signed the plea Agreement stating that I wasNt on medication. I Have the documentation Proving that I was taking SSRI's, ANti-Psychotics, synthetic opiates, ANd PtSD meds during the signing And sentencing.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:
I Just got off my meds last week. Also, my lawyers told me I couldNt

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:     N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know):     N/A

Date of the court's decision:     N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

Page 5 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☑

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☑

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **N/A**

Docket or case number (if you know): **N/A**

Date of the court's decision: **N/A**

Result (attach a copy of the court's opinion or order, if available):

**N/A**

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**N/A**

**GROUND TWO:**   ineffective Assistance of counsel By conflict of interest

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During my case, I was confiding in And utilizing the Assistance of NAtalie strickland. Her Assistance was playing A vital role in Helping my decisionmaking ABility, But suddenly right Before my choice of going to trial or not, NAtalie strickland Was removed from the docket And Became A US Judge. All of the many, many Hours of strategy-making was lost.

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

(2)   If you did not raise this issue in your direct appeal, explain why:

MY lawyers told me I couldnt
And I oNly recently became off MY meds.

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed:

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available):

_____ N/A _____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☑

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☑

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☑

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available):

_____ N/A _____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____ N/A _____

Page 7 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

**GROUND THREE:** INeffective Assistance of counsel By NOt checking my mental Health

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MY lawyers Never Had me ANalyzed for MY Ability to be Able to legally enter AN Agreement with ANYone. I was Never evaluated for Autism, insanity, or other mental illNesses.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

I was told that I couldNt. I ONly recently got off my meds.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☑

Page 8 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

(6) If your answer to Question (e)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (e)(4) or Question (e)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND FOUR:** Private lawyer visits recorded And essential information Breached/leaked

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

during my meetings with my Federal lawyers, THE camera inside the room was activated By the El Paso county sheriffs office and my privacy was Breeched.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐　No ☑

(2) If you did not raise this issue in your direct appeal, explain why: I was told Not to. I only recently got off my medication.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐　No ☑

(2) If you answer to Question (c)(1) is "Yes," state: N/A

Page 9 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



AO 243 (Rev. 09/17)

Type of motion or petition: _____ N/A

Name and location of the court where the motion or petition was filed:

_____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☑

(5) If your answer to Question (e)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☑

(6) If your answer to Question (e)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

_____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

_____

(7) If your answer to Question (e)(4) or Question (e)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

I Have Not Presented All 5 of these grounds. this is Because i was told By my lawyer that i couldnt AND i ONIY recently got off my meds.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

DAVid Kraut, federal PUB defenders office

(b) At the arraignment and plea:

David Kraut, Fed. PUB. defenders office

(c) At the trial: N/A

(d) At sentencing: DAVid Kraut, Fed. PUB. defenders office

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☑    No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☑    No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

colorado springs courthouse
colorado springs, colorado

(b) Give the date the other sentence was imposed: 5/25/2023

(c) Give the length of the other sentence: 2400 years, 5 life sentences

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☑    No ☐

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

18.  **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

1: I Have Been Under the influence of mind Altering medication until very recently that Has prevented me from exercising due diligence.

2: MY 6th Amendment rights Have Been Repeatedly violated And therefor my confinement is un-constitutional.

3: I Have Had exactly 6 months of time since the Judgement outside The SHU. I Have Been moved to 12 different facilities And Had 30+ use of force incidents. I Have Not Had Adequate opportunities to Acquire stamps And research.

4: I May Be insane or Autistic or Both.

5: I Have debilitating mental Illness And need Help.

6: I Have Not Been evaluated for insanity or Autism. I Have Not Been evaluated for ASPD, psychopathy etc. I Am eligible for equitable tolling.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

(1)  the date on which the judgment of conviction became final;

(2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

A New trial

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ 5/13/26 _____ .
(month, date, year)

Executed (signed) on _____ 5/13/26 _____ (date)

_____
Anderson Aldrich
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

1)

Ground 5: Ineffective Assistance by means of going against defendant

(A) Supporting facts:

I submitted a letter to the public defender's office detailing that I wanted a new lawyer, but they wouldn't change him out. I tried multiple times to no avail. Furthermore, he wouldn't tell me how to fire him properly. I wrote david Krauts Boss.

Ground 6: Ineffective Assistance by going against defendants wishes

(1) supporting facts:

My lawyer filed multiple motions that I specified previously to not do, but he did it anyway. this was things like release of footage (A First Amendment violation), and a motion agreeing with the prosecution which looked really bad on my part. Because of this, I requested new counsel from the F-BUB-Defenders office which never happened.

It is my duty to inform the court that Adverse mailing system conditions exist for the defendant due to an ongoing STS investigation in which all of my outgoing mail (including legal) is screened; therefor, as the defendant, I am requesting a grace period of 60 days to be included with deadline calculations for defence response. Thank you.

2)

To whom it may concern,
I do not currently posess the ability to pay for any fees that this process will require. Here is a reciept from the institution. I am requesting to continue in Forma Pauperis.

Furthermore, I am requesting the court to help copy the motion and send me a file stamped copy.

Please know, I do not currently posess the ability to copy any papers nor do I posess the funds/stamps required to copy and mail 2 copies of this motion. The original I am requesting be copied for me by the courts and I supply my permission to do so.

Additionally, I am requesting new counsel as the current representation I have must be removed. Furthermore I request the courthouse allow me to speak with this new counsel.

Signed Anderson Aldrich
5/13/26

Sales Invoice --S.B.C.--
Big Sandy UGP
MAIN
Account No. 95144510        TF78329
ALDRICH, ANDERSON L
05/05/2026 12:38:44 PM TX#6115150    45
----------------------------------------
BEGINNING BALANCES:
Available Balance is $48.75
Spending Limit Balance is $230.00
Account Balance is $48.75
========================================

Qty   Description                  Price
----------------------------------------

1 NUTS, MIXED, KEEF             $3.45
1 NUTS, MIXED, KEEF             $3.45
1 .FOREVER STAMP ST             $7.80
1 .FOREVER STAMP ST             $7.80
1 HEADPHONES, CLEAR             $4.30

              Total             $26.80

Charge 95144510    $26.80
----------------------------------------

Items marked with # are Local Use Only

ENDING BALANCES:
Available Balance is $21.95
Spending Limit Balance is $216.80
Account Balance is $21.95
****************************************
PIN is 3317
****************************************
----------------------------------------


----------------------------------------
Signature

*** ALL SALES ARE FINAL ***

INMATE NAME: ANderson AldricH
REGISTER # 95144-510
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

CLerk
Alfred A. ArrAj US CourtHouse
901 19th street, 2ⁿᵈ FloOr
DenVer, CO 80294

80294$2500 .C044

LEGAL
LEGAL