1)

ANderson Aldrich #05/44-510

## RE: ECF, NO. 48 Restriction

NOTice; I, Anderson Lee Aldrich raise objection As to the Minute order given By Judge Moore on 7/15/2024 iN Regards to Restriction of ECF document 48.

ON wHat grounds is the courthouse relying upon to Restrict my First AmeNdment right to free speech And the Freedom of information Afforded to the public? ECF. NO 48 CONTAINS information vital to my defense And motions And sHould Be immediately made AvailAble to the public.

FurthermorE, I Request A Hearing to discuss this matter with the courthouse.

Affirmed,
Aldrich

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 04 2026

JEFFREY P. COLWELL
CLERK