1)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2026

JEFFREY P. COLWELL
CLERK

# Motion

Par. 1 Within the last 2 years, I Have Had over 50 use of force incidents resulting in my inability to access law library while in Federal custody. Furthermore I Am A state-Boarder inmate And my original Plea agreement Had A stipulation that I Be remanded to state custody to serve my sentence in state prison. I was promptly turned over to federal custody Inside the courthouse against court order. Finally, I've Requested A Nunc pro tunc designation of state prison to serve my sentence And Appeal my state charges, But I am Not Being Afforded Any rights to the Administrative remedy Process Here in the BoP.

I Anderson Lee Aldrich Hereby Formally move the courthouse to Assign me A Nunc Pro tunc designation And order the Federal Bureau of Prisons to remand me to state custody for the reasons stated Above (Paragraph 1). Furthermore, if the courthouse denies my Request, I move the court to provide reasoning And grounds for the denial of the Request.

Finally, The courthouse should Be Aware that Because of my denial of services from the Administrative remedy Process, I Am Hereby Requesting the courthouse to Assign

2)

And grant my Request for A certificate of certiorari due to the courtHouse's Biased future decision to not Hear or grant this mentally ill man An evidentiary Hearing.

As of 9/17/26, I Have not received any mail or information from the courthouse since the last notification of Recipt of my last document's submission. I Have not Been notified of Any Acceptance OR denial of my 2255 motion

INMATE NAME: Anderson Aldrich
REGISTER # 95144-510
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

CHARLESTON WV 250
23 SEP 2026 PM 3 L

Clerk
Alfred A. Arraj US Courthouse
901 19th street, 2nd floor
Denver, CO 80294

80294-250151